IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS, #05711-068                                    PETITIONER

VERSUS                              CIVIL ACTION NO. 5:08cv340-DCB-MTP

SANDRA LUTON, et al.                                          RESPONDENTS

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 20th day of January, 2009.

                              s/ David Bramlette
                         UNITED STATES DISTRICT JUDGE